

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| LAUREN ZIMMERMAN AND TOWNSQUARE MEDIA OF EL PASO, INC. A/K/A REGENT BROADCASTING OF EL PASO, INC., | § § § § | No. 08-14-00084-CV Appeal from the County Court at Law No. 3 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2012-DCV-02133) |
| COMCORP OF EL PASO, INC., | § | |
| Appellee. | § | |

**MEMORANDUM OPINION**

Pending before the Court is an unopposed motion filed by Appellants, Lauren Zimmerman and Townsquare Media of El Paso, Inc. a/k/a Regent Broadcasting of El Paso, Inc., to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(2) because the parties have resolved the disputes between them. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

August 27, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.